**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BENJAMIN KERENSA,

      Defendant.

_____/

No. CR 03-00333-1 JSW

**ORDER RE MOTIONS FOR INJUNCTIVE RELIEF RE RELEASE**

On July 2, 2007, this Court issued an Order setting a briefing schedule on Defendant's Ex Parte Motion for Injunctive Relief.  The Order, however, inadvertently was not served on Defendant, who is currently housed at USP-Lompoc.  The Court has received a further motion from Defendant, dated June 26, 2007, again asserting that the Bureau of Prisons will not provide him with a release gratuity and that they have refused to resolve the matter administratively.  A copy of that motion shall be sent to counsel for the Government with this Order.

On July 13, 2007, the Court received the Government's response to Defendant's first motion for injunctive relief.  In that response, the Government notes that the Bureau of Prisons will be providing Defendant with a certain amount of financial assistance, clothing, and a transportation voucher.  (Declaration of Elise Becker, ¶ 3.)  The Government also asserts that the Court lacks jurisdiction over the motion because Defendant is confined in the Central District.

//

//

The Court has considered Defendant's motion and the Government's response thereto. Based upon the Government's representations, the Court HEREBY DENIES WITHOUT PREJUDICE the motion for injunctive relief.  However, the Court is basing this determination on the representations from the Bureau of Prisons, and as such, the Court HEREBY ORDERS counsel for the Government to serve a copy of this Order on the Bureau of Prisons.

Defendant is FURTHER ADMONISHED that when he seeks relief from the Court he shall serve counsel for the Government.  Failure to comply with those obligations in the future shall result in a denial without prejudice of any relief requested.

**IT IS SO ORDERED.**

Dated:  July 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

KERENSA,

        Defendant.

                      /

Case Number: CR03-00333 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elise Becker
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Suzanne Adele Luban
Attorney at Law
3758 Grand Ave. #4
Oakland, CA 94610

Benjamin Kerensa
#93267-011
U.S. Penitentiary
3901 Klein Blvd., L Unit
Lompoc, CA 93436

Dated: July 24, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California