**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BENJAMIN KERENSA,

      Defendant.

_____/

No. CR 03-00333-1 JSW

**ORDER REQUIRING RESPONSE TO MOTION TO CORRECT SENTENCE RE RESTITUTION**

On August 8, 2007, Defendant filed a motion to correct his sentence with respect to the Court's order regarding the payment of restitution. A certificate of service states that the Government was served with a copy of the motion.

The Court HEREBY ORDERS a response from the Government, to be submitted by no later than September 7, 2007. Mr. Kerensa may file a reply brief by no later than September 21, 2007.

**IT IS SO ORDERED.**

Dated:  8/24/07

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE