CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-7234
Noah.stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN KERENSA,<br><br>Defendant. | CASE NO. 3:03-CR-00333-JSW<br><br>NOTICE OF APPEARANCE OF COUNSEL |

The United States Attorney's Office hereby files this Notice of Appearance of Counsel to advise the court that Assistant United States Attorney Noah Stern appears in this matter. Future ECF notices should be sent to Assistant United States Attorney Noah Stern with the following contact information: Noah Stern, 450 Golden Gate Avenue, San Francisco, California 94102-3495, noah.stern@usdoj.gov.

Dated: May 7, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Noah Stern
NOAH STERN
Assistant United States Attorney