UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BENJAMIN KERENSA, Defendant. | Case No. 03-cr-00333-JSW-1 **ORDER DIRECTING CLERK TO FILE LETTER DATED APRIL 10, 2026 IN PUBLIC RECORD AND REQUIRING RESPONSE FROM GOVERNMENT** Re: Dkt. No. 133 |

On April 10, 2026, the Court received a letter from the Defendant seeking relief relating to efforts by the United States to collect restitution imposed as part of the judgment in this case. Defendant does not appear to have served a copy of the letter on the United States, and there is no basis for the Court to order *ex parte* relief. Defendant also asked to seal the letter, but the Court found no basis to do so. The Court also deferred filing the letter in the public record until June 5, 2026, to allow Defendant time to serve a copy of the letter on the United States or show cause why *ex parte* relief is appropriate. The record shows that Order was returned to the Court. If Defendant continues to seek relief from the Court without the benefit of counsel, he must promptly notify the Court of any changes to his mailing address.

Defendant submitted another *pro se* letter, dated September 10, 2026, that also addresses the issues in the letter dated April 10, 2026. Defendant did not move to seal that letter, and the Court has filed it publicly. (Dkt. No. 133.) The Court ORDERS the letter dated April 10, 2026, shall be filed in the public record.

In his letters, Defendant contends that he and prior counsel reached an agreement relating to payment of restitution, and he argues that recent attempts to collect restitution violate that agreement. Defendant also contends that the statutory period to enforce the judgment of

United States District Court
Northern District of California

restitution has expired.

The Court ORDERS the Government to file and serve a response to Defendant's letters by October 9, 2026. Defendant may file and serve a response by October 20, 2026.

**IT IS SO ORDERED**.

Dated: September 23, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California