Benjamin Kerensa
P.O. Box 178
Seaside, OR 97138

03-cr-00333-JSW-1

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.78º
10/20/2026 ZIP 94612
043M31257965

OAKLAND CA 945
20 OCT 2026PM 7

NIXIE 971 FE 1 0010/27/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94612521299 *1705-05337-20-42

**FILED**

**OCT 30 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**OFFICE OF THE CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**1301 CLAY ST., SUITE 400S**
**OAKLAND, CA 94612-5212**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-7234
Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN KERENSA,<br><br>Defendant. | **NO. 4:03-CR-00333-JSW**<br><br>**UNITED STATES' ADMINISTRATIVE MOTION AND ~~[PROPOSED]~~ ORDER TO SEAL DOCKET NUMBER 137**<br><br>AS MODIFIED HEREIN |

**NOTICE OF MOTION**

Pursuant to Criminal Local Rule 56-1, the United States hereby moves for an Order requesting the Clerk of the Court to seal Docket Number 137. The government will file a new redacted version on the public docket.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States moves, pursuant to Criminal Local Rule 56-1, for an order sealing Docket Number 137. On October 9, 2026, the government filed a response to Defendant's letter requesting relief from the government's efforts to collect restitution in his case. Because much of the Court's docket is not available electronically on ECF, the government attached certain docket entries that it understood to be in the public docket of the case for the ease of Defendant's review, since he is

proceeding *pro se*. Defendant has since notified the government that his birth date and social security number appears on the judgment in the case, Attachment B to the government's filing at ECF page 16. Defendant also asserts that the Statement of Reasons at ECF page 19 of the government's filing may not be filed in the public record. Defendant requested that the clerk restrict Docket Number 137 and the government re-file its response. After receiving this request from Defendant, government counsel took measures to ensure the clerk's office lock the docket entry, which the government understands the clerk has done. The government now requests that the Court permanently seal Docket Number 137. The government will re-file its response with the items requested by Defendant redacted. The government takes no position on whether the Statement of Reasons should be sealed, but it is irrelevant to the issue presented to the Court, so the government believes that it is appropriate for this item to be fully redacted in the government's re-filing. An address for Defendant also appears at Page 37 of the government's filing. The government will also redact that address in its re-filing. The United States thus submits that sealing is necessary and respectfully requests that the Court to issue and order sealing Docket Number 137.

Dated: October 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
NOAH STERN
Assistant United States Attorney

**DECLARATION OF COUNSEL**

I, Noah Stern, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I respectfully submit this declaration in support of the United States' motion to seal Docket Entry 137.

2. The representations made in the Motion to File Under Seal are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October 2026, in Berkeley, California.

/s/ *Noah Stern*
NOAH STERN
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the Clerk seal Docket Number 137. The government is ordered to re-file the document at Docket Number 137 with the redactions discussed in its memorandum. Because this Order and the administrative motion to not contain the substance of the information to be sealed, the Clerk shall file this Order in the public record.

**IT IS SO ORDERED.**

Dated: October 20, 2026

[signature]
HON. JEFFREY S. WHITE
United States District Judge